**United States Bankruptcy Court**
_____**DISTRICT OF** _____

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br><br>ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

| **Type of Debtor** (Form of Organization) (Check **one** box.) | **Nature of Business** (Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br>_____<br>**Tax-Exempt Entity** (Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7  ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12  ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13<br><br>**Nature of Debts** (Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☐ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets  (Consolidated with Debtor Affiliates)
☐ $0 to $10,000   ☐ $10,000 to $100,000   ☐ $100,000 to $1 million   ☐ $1 million to $100 million   ☐ More than $100 million

Estimated Liabilities  (Consolidated with Debtor Affiliates)
☐ $0 to $50,000   ☐ $50,000 to $100,000   ☐ $100,000 to $1 million   ☐ $1 million to $100 million   ☐ More than $100 million

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (10/06)                                             Form B1, Page 3

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s): Enesco International Ltd.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)
/s/ Brian L. Shaw (ARDC No. 6216834)
Printed Name of Attorney for Debtor(s)
Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
Firm Name
Address: 321 North Clark Street, Suite 800
Chicago, Illinois 60610

(312) 541-0151
Telephone Number
January 12, 2007
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Marie Meisenbach Graul*
Signature of Authorized Individual
Marie Meisenbach Graul
Printed Name of Authorized Individual
Authorized Signatory
Title of Authorized Individual
January 12, 2007
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Annex A - Affiliate Debtors

On January 12, 2007, Enesco Group, Inc., an Illinois corporation, and two of its subsidiaries, Enesco International Ltd., a Delaware corporation, and Gregg Manufacturing, Inc., a California corporation, each filed petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 07-_____ |
| | ) | Chapter 11 |
| ENESCO GROUP, INC., | ) | Hon. _____ |
| et al.,[1] | ) | Joint Administration Requested |
| | ) | Hearing Date: |
| Debtors. | ) | Hearing Time: |
| | ) | |

**Exhibit "A" to Voluntary Petition**

1. Enesco Group, Inc.'s common stock is registered under section 12 of the Securities Exchange Act of 1934. Enesco Group, Inc.'s SEC file number is 001-09267.

2. The following unaudited financial data, except as otherwise noted, refers to the amounts taken from the consolidated financial statements of Enesco Group, Inc. and its subsidiaries, as of November 30, 2006, unless otherwise stated.[2] The Debtors do not certify as to the accuracy of this information.

    a.  Total assets:                                        $155,350,698

    b.  Total debts:                                         $107,903,518

    c.  Debt securities held by more than 500 holders:       None

    d.  Number of shares of preferred stock:                 None

    e.  Number of shares common stock (as of 9/30/06):       80 million authorized
                                                             25.3 million outstanding

---

[1] The Debtors consist of Enesco Group, Inc. (EIN: 04-1864170), Enesco International Ltd. (EIN: 04-2840664) and Gregg Gift Manufacturing, Inc. (EIN: 95-3762436).

[2] The information contained in this petition generally is consolidated information for the Debtors only, excluding their non-Debtor subsidiaries.

3.  Brief description of the Debtors' business:

    Enesco Group, Inc. is a leader in the design, manufacturing and marketing of licensed and proprietary branded giftware, and home and garden décor products to a variety of specialty gift, home décor, mass market and direct mail retailers. Product lines include some of the world's most recognizable brands, including Heartwood Creek™ by Jim Shore, Foundations®, Pooh & Friends®, Walt Disney Classics Collections®, Disney Traditions®, Disney ®, Border Fine Arts™, Cherished Teddies®, Halcyon Days® and Lilliput Lane™, among others. Products include diverse lines of accent furniture, wall décor, garden accessories, frames, desk accessories, figurines, cottages, musicals, music boxes, ornaments, waterballs, tableware, general home accessories and resin figures.

4.  List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the Debtors:

    On November 20, 2006, Leonidas Opportunity Fund, L.P. filed a statement with the Securities and Exchange Commission stating that it owned approximately 5.27% of Enesco's outstanding common stock.

    Enesco Group, Inc. owns 100% of the capital stock of each of Enesco International Ltd. and Gregg Gift Manufacturing.

    Please note: The financial information contained herein is derived from unaudited sources. No certification as to its accuracy can be made.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| In re: | ) Case No. 07-_____ |
|  | ) Chapter 11 |
| ENESCO GROUP, INC., | ) Hon. _____ |
| et al.,[1] | ) Joint Administration Requested |
|  | ) Hearing Date: |
| Debtors. | ) Hearing Time: |
|  | ) |

**CONSOLIDATED LIST OF CREDITORS**
**HOLDING 30 LARGEST UNSECURED CLAIMS**

Following is the list of the Debtors' creditors holding the 30 largest unsecured claims as of approximately January 10, 2007. This list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases and represents the Debtors' best estimate of their largest unsecured claims as of the date aforementioned. This list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.[2] The information presented in the list shall not constitute an admission by, nor is it binding on, the Debtors or their affiliates.[3]

---

[1]  The Debtors consist of Enesco Group, Inc. (EIN: 04-1864170), Enesco International Ltd. (EIN: 04-2840664) and Gregg Gift Manufacturing, Inc. (EIN: 95-3762436).

[2]  The Debtors have not yet identified all of the 30 largest unsecured claims, if any, that are contingent, unliquidated, disputed and/or subject to setoff. The Debtors reserve the right to identify any of the 30 largest unsecured claims in their schedules of assets and liabilities as contingent, unliquidated, disputed and/or subject to setoff, as appropriate.

[3]  The Debtors will file their schedules of assets and liabilities in accordance with 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007. The information contained in the schedules of assets and liabilities may differ from the information set forth below.

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) C U D S | (5) AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| U.S. Internal Revenue Service<br>Ogden, UT 84201-0012 | | Tax | | $5,400,000.00 |
| UPS Supply Chain Solutions (SM)<br>P.O. Box 226717<br>Dallas, TX 75222-6717<br>Fax: (913) 469-8824 | | Trade Debt | | $1,260,916.83 |
| Jim Shore Designs, Inc.<br>426 N. Main Street<br>Health Springs, SC 29058<br>Fax: (866) 665-0069 | | License Fees | | $1,147,509.00 |
| National Distribution Centers<br>P.O. Box 827600<br>Philadelphia, PA 19182-7600 | | Trade Debt | | $870,866.02 |
| United Parcel Service<br>Lockbox 577<br>Carol Stream, IL 60132-0577<br>Fax: (630) 851-7571 | | Trade Debt | | $834,104.38 |
| Citic Global Logistics Ltd<br>11854 South Alameda Street<br>Lynwood, CA 90262<br>Fax: (310) 638-3790 | | Trade Debt | | $610,581.74 |

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) C U D S | (5) AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Churchward LTD<br>68/6 Moo 1<br>Salaya<br>Puthamonthon<br>Nadornpathom, Thailand | | Trade Debt | | $371,336.82 |
| WBE Industries Co. LTD<br>17 Lane 99<br>Pei Yuan Street<br>Tainan, Taiwan<br>Fax: 86-752-367929 | | Trade Debt | | $338,267.68 |
| Victradco (H.K.) Limited<br>Suites 828-831, Ocean Center<br>5 Canton Road, Tsim Sha Tsui<br>Kowloon, Tsinshatsui, Hong Kong<br>Fax: 866-2-2721-5845 | | Trade Debt | | $337,738.22 |
| China Innovation Co. Ltd<br>No. 16 Chuang YI Road<br>Long Hua Town, Baoan District<br>ShenZhen, GuangDong<br>China | | Trade | | $311,177.29 |

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) C U D S | (5) AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Disney Enterprises, Inc.<br>File 55988<br>Los Angeles, CA 90074-5988<br>Fax: (818) 553-7210 | | License Fees | | $310,068.00 |
| Seagull Decor Co., Ltd<br>13F No. 167, Sec. 5<br>Ming Sheng E. Road<br>Taipei, Thailand<br>Fax: 886-2-2765-4174 | | Trade Debt | | $308,771.01 |
| Mesirow Financial Consulting, LLC<br>350 N. Clark Street<br>Chicago, IL 60610<br>Fax: (312) 595-4246 | | Professional Services | | $288,130.68 |
| KPMG LLP<br>Dept. 0970<br>P.O. Box 120001<br>Dallas, TX 75312-0970<br>Fax: (214) 840-2297 | | Professional Services | | $258,000.00 |

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) C U D S | (5) AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Faith Cartage, Inc<br>7401 South 78th Avenue<br>Bridgeview, IL 60455<br>Fax: (708) 458-4197 | | Trade | | $231,313.84 |
| Vedder Price<br>Kaufman & Kammholz, P.C.<br>222 North LaSalle Street<br>Chicago, IL 60601-1003<br>Fax: (312) 609-5005 | | Professional Services | | $196,733.78 |
| IL Department of Revenue<br>Maine North Regional Building<br>9511 W. Harrison St.<br>Des Plaines, IL 60016-1563 | | Tax | | $151,118.00 |
| Maritz<br>1375 North Highway Drive<br>Fenton, MO 63099<br>Fax: (877) 462-7489 | | Trade Debt | | $149,250.60 |
| Blue Cross Blue Shield of Illinois<br>P.O. Box 1186<br>Chicago, IL 60690-1186<br>Fax: (312) 819-1943 | | Insurance Plan | | $128,811.04 |

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br>NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4)<br>C U D S | (5)<br>AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Tukaiz Litho Inc.<br>2917 N. Latoria Lane<br>Attn: Chris Calabria<br>Franklin Park, IL 60131<br>Fax: (847) 455-0878 | | Trade Debt | | $121,822.42 |
| City Forum Enterprises Ltd.<br>RM. 405 Nan Fung Commercial Center<br>19 Lam Lok Street<br>Kowloon Bay, Hong Kong | | Trade Debt | | $121,281.92 |
| Phoenix International Freight Service<br>36960 Eagle Way<br>Chicago, IL 60678<br>Fax: (630) 766-6395 | | Trade Debt | | $112,856.14 |
| Federal Express<br>P.O. Box 94515<br>Palatine, IL 60094-4515<br>Fax: (214) 703-4034 | | Trade Debt | | $108,592.05 |

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) C U D S | (5) AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Oracle USA<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Fax: (310) 460-0603 | | Trade Debt | | $107,323.13 |
| Deloitte Touche<br>1751 Lake Cook Road<br>Suite 20<br>Deerfield, IL 60015-0692<br>Fax: (312) 486-1486 | | Professional Services | | $106,000.00 |
| Taiwan Merchant (HK) Co.<br>#351 Fuyong St.<br>TM Building<br>Guangdong, China | | Trade Debt | | $88,758.00 |
| American Express<br>P.O. Box 360001<br>Ft. Lauderdale, FL 33336-0001<br>Fax: (305) 693-7450 | | Trade Debt | | $87,097.38 |
| Priscilla Hillman 888<br>179 N. Street<br>POB 539<br>Litchfield, CT 06759 | | License Fees | | $81,787.00 |

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) C U D S | (5) AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Hild Studios, Inc. PO Box 2487 Toluca Lake, CA 91610 | | Trade Debt | | $81,034.91 |
| SGS Testing Company Inc P.O. Box 2502 Carol Stream, IL 60132-2502 Fax: (973) 575-7175 | | Trade Debt | | $60,146.05 |

   I, Marie Meisenbach Graul, Executive Vice President and Chief Financial Officer of Enesco Group, Inc., declare under penalty of perjury that I have read the above list of unsecured creditors and that it is true and correct as of the date listed, to the best of my knowledge, information and belief.

Date: January 12, 2007

              /s/ Marie Meisenbach Graul
              Marie Meisenbach Graul
              Executive Vice President and
              Chief Financial Officer of Enesco Group, Inc.

**CERTIFICATE OF SECRETARY AS TO RESOLUTIONS
ADOPTED BY THE BOARD OF DIRECTORS OF
ENESCO GROUP, INC.**

The undersigned, Charles E. Sanders, being the duly elected Assistant Secretary of Enesco Group, Inc., an Illinois corporation (the "Company"), and the sole shareholder of Enesco International Ltd., a Delaware corporation ("Enesco International"), and Gregg Manufacturing, Inc., a California corporation ("Gregg Manufacturing"), does hereby certify that the following resolutions were duly adopted by the Board of Directors of the Company (the "Board") at meeting of the Board held on January 12, 2007, and such resolutions have not been amended or rescinded and are now in full force and effect:

RESOLVED, that in the judgment of the Board it is desirable and in the best interests of the Company, Enesco International and Gregg Manufacturing (collectively, the "Corporations"), their creditors, stakeholders and other interested parties, that petition be filed by the Corporations in the United States Bankruptcy Court for the Northern District of Illinois Eastern Division (the "Bankruptcy Court") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in which the authority to operate as a debtors-in-possession will be sought, and the filing of such petitions is authorized hereby;

FURTHER RESOLVED, that Basil Elliott and Marie Meisenbach Graul be, and each hereby is appointed by the Board as an authorized signatory (each, an "Authorized Signatory") of each Corporation in connection with the chapter 11 cases authorized herein;

FURTHER RESOLVED, that each Authorized Signatory and each officer of the Corporations, together with any other person or persons hereafter designated by the Board, or any one of such persons (each, individually, an "Authorized Officer," and, individually and collectively, the "Authorized Officers") be, and each of them, with full authority to act without the others, hereby is, authorized, empowered and directed, on behalf of the Corporations, to execute and verify petitions in the name of each Corporation under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court in such form and at such time as the Authorized Officer or Authorized Signatory executing said petition on behalf of each Corporation shall determine;

FURTHER RESOLVED, that the Authorized Officers and Authorized Signatories be, and each of them, with full authority to act without the others, hereby is, authorized, directed and empowered, on behalf of and in the name of each Corporation, to execute and/or file, or cause to be executed and/or filed (or to direct others to do so on their behalf as provided herein) all necessary documents including, but not limited to, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or

other professionals and to take any and all other action, that they or any of them deem necessary, proper or desirable in connection with the chapter 11 cases;

FURTHER RESOLVED, that the Authorized Officers and the Authorized Signatories be, and each of them, with full authority to act without the others, hereby is, authorized and empowered, in the name and on behalf of each Corporation, to take or cause to be taken, from time to time, any and all such further action and to execute and deliver, or cause to be executed and delivered, all such further agreements, documents, certificates and undertakings including, but not limited to, amendments to the documents contemplated hereby following the effectiveness thereof, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable, to effectuate the purpose and intent of the foregoing resolutions;

FURTHER RESOLVED that the Authorized Officers and the Authorized Signatories be, and each of them, with full authority to act without the others, hereby is, authorized and empowered for and in the name and on behalf of each Corporation to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions;

FURTHER RESOLVED, that the law firms of Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Chicago, Illinois 60606-1285, and its affiliated law practice entities and Shaw Gussis Fishman Glantz Wolfson & Towbin, 321 N. Clark St., Chicago, Illinois 60610 be, and hereby are, employed under a general retainers as attorneys for the Corporations in the chapter 11 cases;

FURTHER RESOLVED, that the Authorized Officers and the Authorized Signatories be, and each of them, with full authority to act without the others, hereby is, authorized and empowered, in the name and on behalf of each Corporation, to retain such other professionals as they deem appropriate during the course of the chapter 11 case;

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer or Authorized Signatory to seek relief on behalf of the Corporations under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 cases, or any matter related thereto, including in connection with the debtor-in-possession financing, be, and they hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Corporations;

FURTHER RESOLVED, that the Authorized Officers and the Authorized Signatories be, and each of them, with full authority to act without the others, hereby is, authorized and directed, in the name and on behalf of each Corporation, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further shareholder or member consents in respect of each of the Corporations' subsidiaries as in their judgment shall be necessary, appropriate or advisable to effectuate the seeking of relief under chapter 11 of title 11 of the Bankruptcy Code with respect to each such subsidiary;

2

FURTHER RESOLVED, that any person dealing with any officer of the Corporations in connection with any of the foregoing matters shall be conclusively entitled to rely upon the authority of such Authorized Officer and Authorized Signatory and by his or her execution of any instrument, certificates, notices and/or documents, the same shall be a valid and binding obligation of the Corporations enforceable in accordance with its terms; and

FURTHER RESOLVED, that any actions heretofore taken by any Authorized Officer or Authorized Signatory prior to the date set forth below with respect to the matters contemplated by the foregoing resolutions are hereby ratified, confirmed and approved in all respects.

[Remainder of page intentionally left blank]

    IN WITNESS WHEREOF, the undersigned has duly executed this Certificate of Resolution as Assistant Secretary of the meeting on this 12th day of January, 2007.

                                               By: /s/ Charles E. Sanders  
                                                     Charles E. Sanders  
                                                     Assistant Secretary

Case 07-00571    Doc 1    Filed 01/12/07    Entered 01/12/07 14:29:03    Desc Main
              Document       Page 19 of 19